*United States District Court* 

EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA

v.

### ORDER SETTING CONDITIONS
### OF RELEASE

___ *ERIK CHRISTOPHER STACY* ___        Case Number:  *1:10-cr-00176 OWW*
                Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)     The defendant shall not commit any offense in violation of federal, state, or local law while on release
        in  this case.

(2)     The defendant shall immediately advice the court, defense counsel and the U.S. attorney in writing of
        any change in address and telephone number.

(3)     The defendant shall appear at all proceedings as required and shall surrender for service of any
        sentence imposed as directed.  **The defendant shall next appear at U.S. District Court, 2500
        Tulare Street, 7ᵗʰ Floor, Courtroom 3 before Judge Oliver W. Wanger on June 28, 2010  at 1:30
        p.m.**

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )     (4)  .     The defendant promises to appear at all proceedings as required and to surrender for service of any
                sentence imposed.

( )     (5)     The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
        _____ dollars ($_____) in the
        event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

COPY:   DEFENDANT          U.S. ATTORNEY          U.S. MARSHAL          PRETRIAL SERVICES

# ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

(X)      (6)      **The defendant is placed in the custody of:**

                 **Debbie Staey**

**who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.**

                 SIGNED: _____
                                  CUSTODIAN OR PROXY

(X)      (7)      The defendant shall:

         (X)      (a)      abide by the following restrictions on his personal associations, place of abode, or travel: Defendant is not to reside in Ridgecrest, California. Reside at a residence approved by Pretrial Services and not move or be absent from this residence for more than **24** hrs. without prior approval of PSO; travel restricted to the Central District of California, except for court-related purposes only, unless otherwise approved in advance by PSO.

         (X)      (b)      avoid all contact with codefendants and Government witnesses, including Alex Aguilar and Tina Griffith;

         (X)      (c)      not use or possess a cellular telephone;

         (X)      (d)      shall participate in the **HOME DETENTION** component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring, at your own expense. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer;

         (X)      (e)      know that all prior terms and conditions of release, not in conflict, remain in full force and effect.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTION:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 USC §3148, and a prosecution for contempt as provided in 18 USC §401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than ninety days  or more than one year, if the offense is a misdemeanor.  This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 USC §1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC §1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 USC §1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 USC §1513 makes it a criminal offense punishable by up to ten years in jail and a $250,00 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 USC §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order.  If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for;

(1)    an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2)    an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not ore than five years, or both;
(3)    any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)    a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.  In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## DIRECTIONS TO UNITED STATES MARSHAL

(X)    The defendant is ORDERED released after processing.
( )    The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk of Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate Judicial Officer at the time and place specified, if still in custody.

DATE: 6-3-10

_____
Gary S. Austin, U.S. Magistrate Judge

COPY:    DEFENDANT          U.S. ATTORNEY          U.S. MARSHAL          PRETRIAL SERVICE