BENJAMIN B. WAGNER
United States Attorney
Elana S. Landau, California Bar #212144
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ERIC CHRISTOPHER STACY,<br>ROBERT DAVIS DODSON, JR.,<br>CHARLES LEE KISOR,<br>CHARLES EDWARD KLAUS, and<br>GEOFFREY EDWARD BLISS,<br><br>  Defendant(s). | CASE NO. 1:10-CR-176 OWW<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND EXCLUDE TIME |

The parties request that the status conference currently set in this case be continued from August 23, 2010 to November 8, 2010 at 1:30p.m.. Due to technical problems, the government is still in the process of providing additional discovery in the form of several compact discs containing video and audio evidence, and the defense needs adequate time to review the additional discovery before determining how to proceed. The parties stipulate that the time between August 23, 2010 and November 8, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (C). Specifically, to allow for further investigation and possible plea negotiation. The parties stipulate and agree that the interests of justice

1  served by granting this continuance outweigh the best interests of the public and the defendants in a
2  speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: August 13, 2010                   /s/ Elana S. Landau
                                      By: Elana S. Landau
                                      Assistant United States Attorney

Date:  August 13, 2010                 /s/ Joseph F. Walsh
                                      JOSEPH F. WALSH
                                      Counsel for Erik Christopher Stacy

Date:  August 13, 2010                 /s/ James R. Homola
                                      JAMES R. HOMOLA
                                      Counsel for Robert Davis Dodson, Jr.

Date:  August 13, 2010                 /s/ Allison Brandi Margolin
                                      ALLISON BRANDI MARGOLIN
                                      Counsel for Charles Lee Kisor

Date:  August 13, 2010                 /s/ Robert Allen Cassio
                                      ROBERT ALLEN CASSIO
                                      Counsel for Charles Edward Klaus

Date:  August 13, 2010                 /s/ Galatea R. DeLapp
                                      GALATEA R. DELAPP
                                      Counsel for Geoffrey Edward Bliss

IT IS SO ORDERED.

**Dated:   August 13, 2010**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE