1   BENJAMIN B. WAGNER
    United States Attorney
2   Elana S. Landau, California Bar #212144
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,          )   CASE NO. 1:10-CR-176 OWW
                                        )
13           Plaintiff,                 )
                                        )   **STIPULATION AND ORDER**
14   v.                                 )   **TO EXCLUDE TIME**
                                        )
15   ERIC CHRISTOPHER STACY,            )
     ROBERT DAVIS DODSON, JR.,          )
16   CHARLES LEE KISOR,                 )
     CHARLES EDWARD KLAUS, and          )
17   GEOFFREY EDWARD BLISS,             )
                                        )
18           Defendant(s).              )
                                        )
19

20        The parties request that the status conference currently set in this case be continued from

21   November 8, 2010 to January 10, 2010 at 1:30p.m..  The parties are actively pursuing a plea agreement

22   that is dependent on findings pertaining to the plant count that require scientific analysis that is still in

23   progress.  The parties stipulate that the time between November 8, 2010 and January 10, 2011 should

24   be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends

25   of justice are served by the Court excluding such time, so that counsel for the defendants may have

26   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

27   18 U.S.C. § 3161(h)(7)(A) and (C).  Specifically, to allow for further investigation and possible plea

28   negotitation.  The parties stipulate and agree that the interests of justice served by granting this

                                          1

1    continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §

2    3161(h)(7)(A).

3

4                                                            Respectfully Submitted,

5
                                                             BENJAMIN B. WAGNER
6                                                            United States Attorney

7
     Date: November 3, 2010                       /s/ Elana S. Landau
8                                                  By: Elana S. Landau
                                                   Assistant United States Attorney
9

10   Date: November 3, 2010                        /s/ Joseph F. Walsh
                                                   JOSEPH F. WALSH
11                                                 Counsel for Erik Christopher Stacy

12
     Date:  November 3, 2010                       /s/ James R. Homola
13                                                 JAMES R. HOMOLA
                                                   Counsel for Robert Davis Dodson, Jr.
14

15   Date:  November 3, 2010                       /s/ Allison Brandi Margolin
                                                   ALLISON BRANDI MARGOLIN
16                                                 Counsel for Charles Lee Kisor

17
     Date:  November 3, 2010                       /s/ Robert Allen Cassio
18                                                 ROBERT ALLEN CASSIO
                                                   Counsel for Charles Edward Klaus
19

20   Date:  November 3, 2010                       /s/ Galatea R. DeLapp
                                                   GALATEA R. DELAPP
21                                                 Counsel for Geoffrey Edward Bliss

22
     IT IS SO ORDERED.
23
     Dated: November 4, 2010              /s/ OLIVER W. WANGER
24                                        United States District Judge

25

26

27

28

2