JOSEPH F. WALSH
Attorney at Law
California Bar No. 67930
316 West Second St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 627-1793
Fax: (213) 489-4700
Email: Attyjoewalsh@aol.com
Attorney for Defendant
ERIK CHRISTOPHER STACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.1:10-CR-176-OWW |
| ) | |
| Plaintiff, ) | **NOTICE OF WAIVER OF** |
| ) | **PERSONAL APPEARANCE** |
| v. ) | **AND ORDER** |
| ) | |
| ERIK CHRISTOPHER STACY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The Defendant, ERIK CHRISTOPHER STACY, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.

     The Defendant requests the Court to proceed during every absence of his which the Court may permit, pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Joseph F. Walsh, as if Defendant was personally present; and further agrees to be present in person, in court, for trial any day and time the Court

may direct.

The Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: January 7, 2011

/s/ Erik Christopher Stacy
ERIK CHRISTOPHER STACY

/s/ Joseph F. Walsh
JOSEPH F. WALSH
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated:   January 7, 2011

/s/ OLIVER W. WANGER

UNITED STATES DISTRICT JUDGE