BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4083

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00176-OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIK CHRISTOPHER STACY, ROBERT DAVIS DODSON, JR., and CHARLES LEE KISOR, | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Erik Christopher Stacy, Robert Davis Dodson, Jr., and Charles Lee Kisor, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendants Erik Christopher Stacy's, Robert Davis Dodson, Jr.'s, and Charles Lee Kisor's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $25,522.33 in U.S. Currency seized from Desert Valleys FCU Account Number 26596, held in the name of B&C Natural Things.

2.      The above-listed asset constitutes, or is derived from, proceeds obtained, directly or indirectly, or were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4.      a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order

of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   July 27, 2011**                               /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE