JOSEPH F. WALSH
Attorney at Law
California Bar No. 67930
205 S. Broadway, Suite 606
Los Angeles, CA 90012
Tel: (213) 627-1793
Fax: (213) 627-1711
Email: Attyjoewalsh@aol.com
Attorney for Defendant
ERIC CHRISTOPHER STACY

**FILED**

NOV 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10-CR-176-AWI |
| ) | |
| Plaintiff, ) | **STIPULATION FOR TRAVEL ORDER** |
| ) | **AND [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| ERIC CHRISTOPHER STACY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant, ERIC CHRISTOPHER STACY, through his attorney of record, Joseph F. Walsh, and the Plaintiff, United States of America, through its attorney of record, Elana S. Landau, hereby stipulate that the Defendant may travel to Glendora, California and stay four nights at the residence of his mother over the Thanksgiving Holidays from November 23, 2011 to November 27, 2011. Defense Counsel represents that he has spoken to Pretrial Services Officer Dan Stark and Mr. Stark has no objection to this travel. All other conditions of the bond and conditions of release are to remain the same.

Dated: November 17, 2011

| | |
|---|---|
| /S/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant U.S. Attorney<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | /s/ Joseph F. Walsh<br>JOSEPH F. WALSH<br>Attorney for Defendant<br>ERIC CHRISTOPHER STACY |

### ORDER

IT IS HEREBY ORDERED that the Defendant, ERIK CHRISTOPHER STACY, may travel to Glendora, California, and stay four nights at the residence of his mother, over the Thanksgiving Holidays from November 23, 2011 to November 27, 2011. All other conditions of the bond and conditions of release are to remain the same.

Date: 11-18-11

UNITED STATES DISTRICT JUDGE

2