1  JOSEPH F. WALSH
   Attorney at Law
2  California Bar No. 67930
   205 S. Broadway, Suite 606
3  Los Angeles, CA 90012
   Tel: (213) 627-1793
4  Fax: (213) 627-1711
   Email: Attyjoewalsh@aol.com
5  Attorney for Defendant
   ERIC CHRISTOPHER STACY
6



7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )   Case No.1:10-CR-176-AWI
10                              )
        Plaintiff,               )   **STIPULATION FOR RETURN OF**
11                              )   **PROPERTY AND [PROPOSED] ORDER**
        v.                       )
12                              )
   ERIK CHRISTOPHER STACY,      )
13                              )
        Defendant.               )
14                              )
   _____)
15

16      The Defendant, ERIC CHRISTOPHER STACY, through his

17 attorney of record, Joseph F. Walsh, and the Plaintiff, United

18 States of America, through its attorney of record, Elana S.

19 Landau, hereby stipulate that the Naval Criminal Investigative

20 Service (NCIS) shall return to the Defendant ERIK STACY the

21 following property taken from his residence and place of business

22 pursuant to the search warrant: From his residence, an iMac, a

23 MacBook, and iPad, 2 external hard drives, and 2 iPhones; From

24 his business, an iMac, a HP netbook, and HP computer, 2 HP

25 monitors, and Brother printers.

26 Dated: March 7, 2012

27
   /S/ Elana S. Landau                /s/ Joseph F. Walsh
28 ELANA S. LANDAU                     JOSEPH F. WALSH
   Assistant U.S. Attorney             Attorney for Defendant
   Attorney for Plaintiff              ERIC CHRISTOPHER STACY

1 | UNITED STATES OF AMERICA

2 | **ORDER**

4 | IT IS HEREBY ORDERED that the Naval Criminal Investigative Service (NCIS) shall return to the Defendant ERIK STACY, or to the Defendant's wife, JENEA STACY, if the Defendant is in custody, the following property taken from his residence and place of business: From his residence, an iMac, a MacBook, and iPad, 2 external hard drives, and 2 iPhones; From his business, an iMac, a HP netbook, and HP computer, 2 HP monitors, and Brother printers.

Date: 3-8-12

UNITED STATES DISTRICT JUDGE