# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>ERIK STACY,<br><br>        Defendant | CASE NO. 1:10-CR-0176 AWI-1<br><br>**ORDER FOR SERVICE UPON THE PROBATION DEPARTMENT AND ORDER FOR RESPONSE FROM THE UNITED STATES** |

On September 9, 2016, Defendant Erik Stacy ("Stacy") filed a motion for early termination of his supervised release under 18 U.S.C. § 3583. The Court finds that it is appropriate for the United States to file a response, and for Stacy to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file a response to Defendant's motion no later than October 5, 2016;
2. Stacy may file a reply to the United States' response no later than October 21, 2016; and
3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 126) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:  September 16, 2016                                    _____
                                                                  SENIOR  DISTRICT  JUDGE