UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ERIK CHRISTOPHER STACY<br><br>　　　　Defendant | CASE NO. 1:10-CR-0176 AWI-1<br><br>ORDER MOVING HEARING AND FOR ADDITIONAL RESPONSE |

Currently pending before the Court is Defendant's motion for early termination of supervised release. A hearing has been set for April 10, 2017 at 10:00 a.m. The government previously filed a response to the motion. After review, the Court finds that it is appropriate to move the hearing date and order the government to file an updated response. If the government opposes the motion, it shall provide a reasoned, non-perfunctory explanation for its opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 10, 2017 hearing on Defendant's motion for early termination of supervised release is VACATED;

2. On or by April 10, 2017, the government shall file an updated response to Defendant's motion;

3. On or by 10:00 a.m. on April 13, 2017, Defendant may file a reply to the government's response;

4. The hearing on Defendant's motion is RESET to April 17, 2017 at 10:30 a.m.; and

5. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 129) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:   April 4, 2017                                 /s/ signature
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE