

**FILED**
APR 11 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:10-CR-0176 AWI-1 |
| Plaintiff | |
| v. | **ORDER FOR THE PARTIES TO RESPOND TO ATTACHMENT** |
| ERIK CHRISTOPHER STACY | |
| Defendant | |

Currently pending before the Court is Defendant's motion for early termination of supervised release. Hearing on this matter is set for April 17, 2017 at 10:30 a.m. in Courtroom No. 2. Previously, the Court ordered the government to submit an updated response to Defendant's motion. The United States did not file a response, but the United States Probation Office submitted a memorandum to the Court in which it opposed Defendant's motion and explained the basis for the opposition. It does not appear that Defendant's counsel was provided a copy of the memorandum. The Court will include the memorandum as "Attachment A." The parties will be permitted to provide further comment/response on Attachment A.

Accordingly, IT IS HEREBY ORDERED that, on or by 9:00 a.m. on April 14, 2017, the parties may file a response to Attachment A.

IT IS SO ORDERED.

Dated: 4-11-17

_____
Senior District Judge

# ATTACHMENT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Anthony W. Ishii  
Senior United States District Judge  
Fresno, California

RE: **Erik Christopher Stacy**  
**Docket Number: 0972 1:10CR00176-1**  
**JUSTIFICATION FOR OBJECTION**  
**TO EARLY TERMINATION**

Your Honor:

On September 6, 2016, the offender filed a request for Early Termination of his Supervised Release Term. On September 19, 2016, an Order for Response was issued by Your Honor to the U.S. Probation and U.S. Attorney's Office. On the same date, a Response was filed by AUSA Karen Escobar which recommended termination with the agreement of the U.S. Probation Office. Subsequently, on September 27, 2016, Detective Tucker with the Ridgecrest Police Department advised the U.S. Probation Office of an ongoing criminal investigation against the offender for cultivation of marijuana and possible involvement with weapons. The proposed plan was for Detective Tucker to request a Search Warrant. Unfortunately, the confidential informant could not verify if the offender was in possession of a weapon.

On February 7, 2017, a National Criminal Information database notification was received by the probation officer in reference to the offender. The Originating Reporting Agency was Ridgecrest Police Department. Upon contacting Ridgecrest Police, the probation officer was informed that the offender's daughter told a friend in school that her father "sells weed", as a result the Ridgecrest Police Department had planned to conduct a search but discovered that the offender had relocated operations.

Therefore, in light of the above mentioned findings, the U.S. Probation Office opposes the offender's request for Early Termination of Supervised Release. The probation officer's plan includes increasing random drug testing, unannounced home contacts including some during non-traditional hours and verify the offender's employment. The proposed plan serves the dual purpose of monitoring the offender's compliance with Court imposed conditions and mitigating the risk to the community. The offender is scheduled to expire from Supervised Release on November 14, 2017.

RE: Erik Christopher Stacy
Docket Number: 0972 1:10CR00176-1

Respectfully submitted,

s/Jose Figueroa

**Jose Figueroa**
**United States Probation Officer**

Dated: April 10, 2017
Bakersfield, California

**REVIEWED BY:** /s/ Lonnie E. Stockton
**Lonnie E. Stockton**
**Supervising U.S. Probation Officer**

## ORDER OF THE COURT

☐ Approved  ☐ Disapproved

_____   _____
**Date**                      Anthony W. Ishii
                              **United States District Judge**

cc: Karen Escobar, AUSA